UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

BLARNEY, INC.  
DBA Beach House

CASE NO.:

_____Debtor_____/

## DECLARATION UNDER PENALTY OF PERJURY FOR ELECTRONIC FILING

The undersigned, Patrick L. Welsh, declare(s) under penalty of perjury that:

1. I/We have signed the original(s) of the document(s) identified below under penalty of perjury ("Verified Document(s)").

2. The information contained in the Verified Document(s) is true and correct to the best of my/our knowledge, understanding and belief.

3. I/We understand that the Verified Document(s) are to be filed in electronic form with the United States Bankruptcy Court in connection with the above captioned case.

BLARNEY, INC.

Date____July 14, 2011____  
_____  
Patrick L. Welsh  
President

Verified Document(s):

| Description | Date Executed | Date Filed |
|---|---|---|
| 1. Voluntary Petition | July 14, 2011 | July 14, 2011 |
| 2. List of 20 Largest Unsecured Creditors | July 14, 2011 | July 14, 2011 |